**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| JOSH POSER and ROBYN POSER, <br><br> Plaintiffs, <br><br> vs. <br><br> NORTHWESTERN CORPORATION d/b/a NORTHWESTERN ENERGY, <br><br> Defendant. | Cause No. CV-23-30-GF-BMM-JTJ <br><br> Judge: <br><br> **ORDER GRANTING UNOPPOSED MOTION OF DEFENDANT NORTHWESTERN CORPORATION D/B/A NORTHWESTERN ENERGY FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT** |

Upon consideration of Northwestern Corporation d/b/a Northwestern Energy's Unopposed Motion for Extension of Time to File a Response to Plaintiff's Complaint and Demand for Jury Trial, there being no objection by the parties in this case, and for good cause appearing,

**IT IS HEREBY ORDERED:**

1. Northwestern Energy is GRANTED an extension of time to file its Response.

2. Northwestern Energy shall file its Response to Plaintiff's Complaint on or before November 29, 2023.

Dated this 30th day of October, 2023.

_____
John Johnston
United States Magistrate Judge